17822.    COWART *v.* THE STATE.

BLOODWORTH, J.   There was ample evidence to authorize the defendant's conviction, and his motion for a new trial, based on the general grounds only, was properly overruled.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED MARCH 8, 1927.

Larceny of automobile; from Tattnall superior court—Judge Sheppard.   October 28, 1926.

*H. H. Elders,* for plaintiff in error.

*J. Saxton Daniel, solicitor-general, J. T. Grice, solicitor-general,* contra.